# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA CORONEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEHAVIORAL HEALTH PRACTICE SERVICES LLC; LIFESTANCE HEALTH, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03602-TLN-JDP<br><br>*Assigned to Hon. Troy L. Nunley*<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUE AMENDED PRETRIAL SCHEDULING ORDER DEADLINES [ECF NO. 13]** |

**ORDER**

Having considered the Joint Stipulation between Plaintiff Margarita Coronel ("Plaintiff") and Defendants Behavioral Health Practice Services LLC and LifeStance Health, Inc. ("Defendants") (collectively, the "Parties"), and good cause appearing therefor, the Stipulation is GRANTED as follows:

1. The Parties shall file a Joint Statement by November 15, 2026 that: (1) notifies the Court of settlement (if the case resolves at mediation); or (2) sets forth proposed deadlines for class certification discovery, expert discovery, class certification motion, and all related pretrial dates and deadlines.

2. The Court shall issue a Second Amended Pretrial Scheduling Order thereafter, which sets pretrial dates and deadlines.

3. The case shall be stayed in all respects pending the outcome of mediation.

4. The stay shall not constitute a waiver in any respect of any defenses or issues, and neither Party shall be prejudiced by the stay.

Dated: February 18, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING JOINT STIPULATION CONTINUE AMENDED PRETRIAL
SCHEDULING ORDER DEADLINES [ECF NO. 13]