**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA CORONEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEHAVIORAL HEALTH PRACTICE SERVICES LLC; LIFESTANCE HEALTH, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03602-TLN-JDP<br><br>*Assigned to Hon. Troy L. Nunley*<br><br>**ORDER GRANTING JOINT STATEMENT REQUESTING STAY OF ACTION [ECF NO. 16]** |

**ORDER**

Having considered the Joint Statement between Plaintiff Margarita Coronel ("Plaintiff") and Defendants Behavioral Health Practice Services LLC and LifeStance Health, Inc. ("Defendants") (collectively, the "Parties"), and good cause appearing therefor, the Court orders as follows:

1. The Parties shall file a Joint Statement by August 16, 2027, that notifies the Court of the status of approval of the settlement.
2. The case shall be stayed in all respects pending approval of the settlement.
3. If the Parties obtain approval of the settlement in the Coronel PAGA Action (as defined in the Joint Statement), the Parties may, notwithstanding the stay, file a request for dismissal or any other papers required to effectuate dismissal of the Coronel Class Action.
4. The stay shall not constitute a waiver in any respect of any defenses or issues, and neither Party shall be prejudiced by the stay.

DATED: November 12, 2026

Troy L. Nunley
Chief United States District Judge